No. 71–365.   STRAHAN *v.* STRAHAN ET AL.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–388.   HALCON INTERNATIONAL, INC. *v.* MONSANTO AUSTRALIA LTD.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–455.   RAGLAND ET AL. *v.* TENNESSEE.   Ct. Crim. App. Tenn.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–5153.   COUMING *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–5169.   CHRISTY *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–5186.   BROWN *v.* MOSELEY, WARDEN.   C. A. 10th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–5236.   WHITE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–5253.   PARLER *v.* MANCUSI, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.